1
2
3
4
5
6

Thomas F. Nowland  (SBN 236824)
Daniel A. Brodnax  (SBN 266822)
**LAW OFFICES OF THOMAS F. NOWLAND**
20241 SW Birch Street ▪ Suite 203
Newport Beach, California 92660
Tel:  (949) 221-0005 ▪ Fax:  (949) 221-0003

Attorneys for TEAM TSI, INC., and CRAIG FINLAY

7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

LAW OFFICES THOMAS F. NOWLAND
20241 SW BIRCH STREET SUITE 203
NEWPORT BEACH, CALIFORNIA 92660
TELEPHONE:  (949) 221-0005

| | |
|---|---|
| PAOLO HAGEDORN, and individual,<br><br>Plaintiff,<br><br>vs.<br><br>TEAM TSI, INC., a Florida Corporation; and CRAIG FINLAY, an individual,<br><br>Defendant. | Case No.: 2:14-cv-01704-JAM-AC<br><br>Judge: Hon. John A. Mendez<br><br>**ORDER APPROVING STIPULATION FOR CHANGE OF VENUE FOR THE CONVENIENCE OF THE PARTIES AND WITNESSES**<br><br>**(FRCP § 1404(a))**<br><br>Complaint Served: August 7, 2014 |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

        After having reviewed the Stipulation between Defendant TEAM TSI,

INC. ("Defendant"), and Plaintiff PAOLO HAGEDORN ("Plaintiff"), by

and through their respective counsel of record, together collectively referred

- 1 -

[PROPOSED] ORDER APPROVING STIPULATION FOR CHANGE OF VENUE FOR THE CONVENIENCE OF
THE PARTIES AND WITNESSES

1  to as the ("parties"), and after due consideration of such other matters as the

2  Court deemed appropriate, the Court orders as follows:

3       IT IS HEREBY ORDERED THAT:

4       1.    This matter be transferred to the United States District Court,

5  Central District of California, Southern Division.

6       IT IS SO ORDERED.

7       DATED:  9/17/2014

8                                                    /s/ John A. Mendez_____

9                                                    John A. Mendez

10                                                   U. S. District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES THOMAS F. NOWLAND
20241 SW BIRCH STREET SUITE 203
NEWPORT BEACH, CALIFORNIA 92660
TELEPHONE: (949) 221-0005

- 2 -
[PROPOSED] ORDER APPROVING STIPULATION FOR CHANGE OF VENUE FOR THE CONVENIENCE OF
THE PARTIES AND WITNESSES